FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 15 2004

at 4 o'clock and 18 min. P.M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 04-00142DAE |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DAVID ZERFOSS, | ) | |
| | ) | |
| Defendant(s). | ) | |

## NOTICE AND RECEIPT OF PASSPORT

Pursuant to Order of Court by Kevin S. C. Chang United States Magistrate Judge in the above-entitled case, Passport Number 120322268 issued at Honolulu, HI, on August 16, 1994 to the above-named defendant, was surrendered to the custody of the Clerk of court on April 15, 2004 and the defendant is not to apply for the issuance of a passport during the pendency of this action. The subject passport bears the following additional information regarding the bearer:

    Date of Birth:        December 31, 1946

    Place of Birth:       Illinois

Dated at Honolulu, Hawaii on April 15, 20043.

                                                  WALTER A.Y.H. CHINN, Clerk

                                                  By: _____
                                                           Deputy Clerk

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 15 2007

at 2 o'clock and 45 min. P.M.
SUE BEITIA, CLERK

This will acknowledge receipt of Passport Number   previously surrendered to the Court pursuant to a prior Order of Court.

Date: 10/15/07                      Signature: _____
                                                        Owner of Passport